FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 30 2012
JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 1:12-cv-125 BSM-BD

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: John S. Jefferson
ADC # 145416

Address: Grimes Unit 300 Correction Dr., Newport, Ar 72112

Name of plaintiff: _____
ADC # _____

Address: _____

*This case assigned to District Judge Miller and to Magistrate Judge Deere*

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Nurse Cannard APN

Position: Nurse Practioner

Place of employment: ~~[struck out]~~ Grimes Unit

Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: Melvan Nance

Position: Medical Doctor

Place of employment: Grimes Unit

Address: 300 Correction Drive Newport, Ar 72112

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

- ☐ Docket Number: _____

- ☐ Name of judge to whom case was assigned: _____

- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

- ☐ Approximate date of filing lawsuit: _____

- ☐ Approximate date of disposition: _____

IV. Place of present confinement: *Grimes Unit Newport Complex 300 Correction Drive, Newport, Ar 72112*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

_✓_ serving a sentence as a result of a judgment of conviction

\_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_  No \_\_\_\_

Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _✓_  No \_\_\_\_

If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I had a bullet in my back and hip I told the Dr Nance about it because it had got infected and the infection stated coming out. I went to the infermory for medical attention The nurse kept on telling me that I didn't have a bullet and that it was a boil. They kept on messing with it trying to treat it as a boil. Nurse Carnard was pushing on it. Now I have to walk with a cane because of them mashing it and now I suffer from nerve damage because they treated it like a boil

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$70,000 and better medical staff

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 21 day of November, 2012.

John D. Jefferson 145714

Signature(s) of plaintiff(s)

Revised 03/19/09