IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN S. JEFFERSON                                                                    PLAINTIFF

V.                               No. 1:12CV00125 BSM-BD

CARNARD and MELVIN NANCE                                              DEFENDANTS

## ORDER

Plaintiff John S. Jefferson, an Arkansas Department of Correction inmate, has moved for leave to proceed *in forma pauperis* (#1). Inmate plaintiffs who want to proceed *in forma pauperis* must submit a completed application, along with a calculation sheet prepared and signed by an authorized officer of the correctional facility where he is being held. 28 U.S.C. § 1915(a). In this case, Mr. Jefferson has not submitted the required affidavit and trust fund account statement.

If he wishes to proceed with this lawsuit, Mr. Jefferson must submit a new request to proceed *in forma pauperis* or pay the filing fee of $350.00 to the Court within thirty (30) days of entry of this Order. Failure to comply with this Order may result in dismissal in the dismissal of Mr. Jefferson's claims.[1]

---

[1] Local Rule 5.5(c)(2) includes requirements for parties who are not represented by counsel. They must: promptly notify the Clerk and the other parties in the case of any change in address; monitor the progress of the case and to prosecute or defend the case diligently; sign all pleadings and include a current address, zip code, and telephone number; and be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed.

IT IS SO ORDERED this 4th day of December, 2012.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE