IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN S. JEFFERSON                                                                               PLAINTIFF

v.                                    CASE NO. 1:12CV00125 BSM

TAMMY CANARD
AND MELVIN NANCE                                                                            DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition should be, and hereby is, approved and adopted in all respects.

Defendants' motion for summary judgment [Doc. No. 29] is granted. Jefferson's claims are dismissed without prejudice.

IT IS SO ORDERED this 5th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE